IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIE WILLIAMS,<br><br>    Defendant. | Case No. 19-cr-00341-CRB-1<br><br>**ORDER RE MOTION TO REVOKE DETENTION** |

Defendant Willie Williams has moved the Court to revoke his Detention Order. See Mot. to Revoke (Dkt. 108). After oral argument on October 14, 2020, the Court continued the hearing so that the Court could consider whether Williams had been accepted to a New Bridge Foundation drug treatment program. Williams has since been accepted to New Bridge. See Gov. Supp. Br. at 1.

Based on this new information, the Court determines that a "combination of conditions will reasonably assure the appearance of [Williams] as required and the safety of any other person and the community." 18 U.S.C. § 3142(e)(1). The court thus GRANTS Williams's motion to revoke subject to the parties returning to Chief Magistrate Judge Spero to set the specific conditions of release.

**IT IS SO ORDERED.**

Dated: November 17, 2020

CHARLES R. BREYER
United States District Judge