## ~~PROPOSED~~ ORDER/COVER SHEET

**TO:** Honorable Joseph C. Spero  
Chief U.S. Magistrate Judge

**RE:** Willie Williams

**FROM:** Silvio Lugo, Chief  
U.S. Pretrial Services Officer

**Docket No.:** 3:19-cr-00341-1 CRB

**Date:** 9/21/21

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Timothy R. Elder  
U.S. Pretrial Services Officer

(415)436-7519  
**TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____  Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A. _____

B. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☒ Other Instructions:

The violation will be addressed at the Status Hearing on 9/24/2021 at 2:00 PM.

_____  
**JUDICIAL OFFICER**

September 22, 2021  
**DATE**