IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIE WILLIAMS,<br><br>　　　　Defendant. | Case No. 19-cr-00341-CRB-1<br><br>**ORDER MODIFYING RULINGS ON MOTIONS IN LIMINE** |

Upon further consideration following the pretrial conference of October 28, 2021, the Court has decided to modify its rulings on a few of the motions in limine submitted by the parties.

The government's first motion in limine, as to the statement by declarant "S.W," is now DENIED.

The government's sixth motion in limine, which was granted only as to the August 21, 2019 incident, is now DENIED as to that incident. The August 21 incident is insufficiently similar to the charged offense, and its probative value under Rule 404(b) is substantially outweighed by risk of unfair prejudice. The defendant's first motion in limine is now GRANTED in full as to all other acts.

**IT IS SO ORDERED.**

Dated: October 29, 2021

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge