IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIE WILLIAMS,<br><br>    Defendant. | Case No. 19-cr-00341-CRB-1<br><br>**ORDER DENYING MOTION TO COMPEL DISCLOSURE** |

The defendant moved to compel alleged Giglio material relating to Britt Elmore, a government expert witness. See Mot. to Compel (dkt. 189). The government opposed. See Opp. (dkt. 196). At the pretrial conference on October 28, 2021, the Court ordered the government to submit the materials to the Court for in camera review. Having examined them, the Court concludes that they are not Giglio materials and therefore DENIES the motion to compel. The materials shall be filed under seal on the docket.

**IT IS SO ORDERED.**

Dated: November 3, 2021

_____
CHARLES R. BREYER
United States District Judge