IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIE WILLIAMS,<br><br>    Defendant. | Case No. 19-cr-00341-CRB-1<br><br>**ORDER CONCERNING MOTIONS IN LIMINE** |

After hearing argument from the parties, the Court GRANTS in part the government's seventh motion in limine. See Dkt. 204. The Court will admit text messages sent to the defendant during the month of June 2019. The Court will not admit text messages sent earlier.

The Court also GRANTS the defendant's oral motion in limine as to his 2018 medical records.

**IT IS SO ORDERED.**

Dated: November 4, 2021

CHARLES R. BREYER
United States District Judge