ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ASSEEM PADUKONE (CABN 298812)
JOSEPH TARTAKOVSKY (CABN 282223)
Assistant United States Attorneys

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7320
 Fax: (415) 436-7234
 Email: Joseph.Tartakovsky@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:19-CR-341-CRB |
|   Plaintiff, ) | |
|   v. ) | **NOTICE OF DISMISSAL** |
|       ) | ORDER |
| WILLIE WILLIAMS, ) | |
|   Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States

Attorney for the Northern District of California dismisses the above indictment against Willie Williams.

DATED:  December 21, 2023        Respectfully submitted,

                      ISMAIL J. RAMSEY
                      United States Attorney

                 _____/s/_____
                      MATTHEW M. YELOVICH
                      Deputy Chief, Criminal Division

1     Leave is granted to the government to dismiss the indictment against Willie Williams.

2

3    Date: _____January 2, 2024_____                 _____

                                                        HON. CHARLES R. BREYER

4                                           United States Senior District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
3:19-CR-341-CRB